IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD COCKRELL,

                Petitioner,               No. CIV S-09-2246 KJM P

    vs.

JOHN W. HAVILAND,

                Respondent.         <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has paid the filing fee.

        Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's application.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1.  Respondent is directed to file a response to petitioner's application within sixty days from the date of this order.  <u>See</u> Rule 4, Fed. R. Governing § 2254 Cases.  An answer shall be accompanied by any and all transcripts or other documents relevant to the determination of the issues presented in the application.  <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases;

/////

1         2.  Petitioner's reply, if any, shall be filed and served within thirty days of service

2    of an answer;

3         3.  If the response to petitioner's application is a motion, petitioner's opposition

4    or statement of non-opposition shall be filed and served within thirty days of service of the

5    motion, and respondents' reply, if any, shall be filed within fifteen days thereafter; and

6         4.  The Clerk of the Court shall serve a copy of this order, **the**

7    **consent/reassignment form contemplated by Appendix A(k) to the Local Rules of this**

8    **court**, and a copy of petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C.

9    § 2254 and the consent/reassignment form contemplated by Appendix A(k) to the Local Rules of

10   this court, on Jennifer Neill , Senior Assistant Attorney General.

11   DATED: February 8, 2010.

12

13   _____
    U.S. MAGISTRATE JUDGE

14   /kly
    cock2246.100fee

15

16

17

18

19

20

21

22

23

24

25

26