IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD COCKRELL,

    Petitioner,     No. CIV S-09-2246 MCE KJM P

  vs.

JOHN W. HAVILAND,

    Respondent.     ORDER

_____/

    Petitioner is a state prison inmate proceeding pro se with a petition for a writ of habeas corpus challenging the denial of parole. On June 28, 2010, he filed a motion requesting that the court take judicial notice of recent decisions of the Ninth Circuit Court of Appeals concerning the consideration of parole habeas cases. He relies on Rule 201 of the Federal Rules of Evidence. That rule, however, governs judicial notice of adjudicative facts. Fed. R. Evid. 201(a). The Advisory Committee Notes define such facts as "simply the facts of the particular case." The court will consider the applicable law in resolving this case, but declines to take judicial notice as requested.

    IT IS THEREFORE ORDERED that petitioner's request for judicial notice (docket no. 13) is denied.

DATED: August 10, 2010.

                                        U.S. MAGISTRATE JUDGE

2/cock2246.jn

1